FILED
APR 20 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:16CR00167 AGF/JMB** |
| v. ) | |
| ) | |
| MICHAEL DENT, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about February 7, 2016, in City of St. Louis, within the Eastern District of Missouri,

**MICHAEL DENT,**

the Defendant herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

The Grand Jury further charges that:

On or about February 7, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL DENT,**

the Defendant herein, having been convicted previously in a court of law of one or more misdemeanor crimes of domestic violence, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney